JOHN S. LEONARDO
United States Attorney
District of Arizona

LON R. LEAVITT
Assistant United States Attorney
Utah State Bar No. 11245
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Fax: (602) 514-7760
Lon.R.Leavitt@usdoj.gov

*Attorney for Thomas E. Perez
Secretary of Labor, United States
Department of Labor*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas E. Perez, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>Local 1, Independent Certified Emergency Professionals,<br><br>Defendant. | **COMPLAINT** |

Thomas E. Perez, Secretary of Labor, United States Department of Labor ("Secretary Perez"), respectfully alleges as follows:

## I.

## NATURE OF ACTION

1. This action is brought under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§ 481-484, seeking a judgment under 29 U.S.C. § 482(c) directing Local 1, Independent Certified Emergency Professionals ("Local 1"), to conduct an election of all its officers and awarding other appropriate relief.

. . .

## II.

## JURISDICTION AND VENUE

2. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1345 and 29 U.S.C. § 482(b).

3. Venue lies in this district under 28 U.S.C. § 1391(b) and 29 U.S.C. § 482(b).

## III.

## ALLEGATIONS

4. Secretary Perez is the duly appointed Secretary of Labor, United States Department of Labor, and is authorized to bring this action under 29 U.S.C. § 482(b).

5. Local 1 is, and at all times relevant to this action has been, an unincorporated association residing in Maricopa County, Arizona, within the Court's jurisdiction.

6. Local 1 is, and at all times relevant to this action has been, an independent labor organization engaged in an industry affecting commerce under 29 U.S.C. §§ 402(i), 402(j), and 481(b).

7. Local 1's constitution and bylaws are silent on protest and appeal procedures.

8. On May 7, 2014, Gregory Empey, a member of Local 1 in good standing, protested Local 1's failure to hold an election of officers. Mr. Empey's protest was made by email to Local 1's president.

9. On May 7, 2014, by email to Mr. Empey, Local 1's president denied the protest.

10. Having made a reasonable effort to protest the election and having received a final decision, Mr. Empey filed a timely complaint with the Department of Labor on May 14, 2014, within one calendar month as required by 29 U.S.C. § 482(a).

. . .

. . .

11. In accordance with 29 U.S.C. §§ 482(b) and 521, Secretary Perez, through his designees, has investigated Mr. Empey's complaint and, as a result of the facts shown by the investigation, has found probable cause to believe that Local 1 violated 29 U.S.C. § 481 and has not remedied that violation.

12. On June 20, 2014, in a letter signed by its president, Local 1 agreed to extend to July 31, 2014, the time within which Secretary Perez may bring suit concerning Local 1's failure to hold an election of officers.

13. On or about June 22-23, 2014, Local 1 attempted to conduct an election outside of the Department of Labor's supervision.

14. The only notice provided to Local 1 members was through a post on a Facebook group account approximately two days before the purported election.

15. The candidates in the race were announced during the purported election and included only the current officers.

16. Local 1's efforts on or about June 22-23, 2014, do not constitute a lawful election and are not an adequate remedy for Local 1's failure to hold its election of officers not less often than once every three years as required.

## IV.

## CAUSES OF ACTION

First Cause of Action (29 U.S.C. § 481(c)(1))

17. Local 1 violated 29 U.S.C. § 481(b) and 29 C.F.R. § 452.23 by failing to hold its election of officers not less often than once every three years.

Second Cause of Action (29 U.S.C. § 481(c)(2))

18. To the extent Local 1's efforts described in paragraphs 13-15 may be deemed an election, the outcome of that election may have been affected, and was affected, by numerous violations of 29 U.S.C. § 481 and various regulations promulgated thereunder, and, as a result, a new election for all of Labor 1's offices, under Secretary Perez's supervision, is required.

. . .

19. The purported election referenced in paragraphs 13 through 15 failed to provide adequate safeguards to insure a fair election in violation of 29 U.S.C. § 481(c) and 29 C.F.R. § 452.110.

20. The purported election referenced in paragraphs 13 through 15 failed to give reasonable opportunity for the nomination of candidates in violation of 29 U.S.C. § 481(e) and 29 C.F.R. §§ 452.55 and 452.56.

21. The purported election referenced in paragraphs 13 through 15 denied eligible members the right to run for and to hold office in violation of 29 U.S.C. § 481(e) and 29 C.F.R. § 452.32.

22. The purported election referenced in paragraphs 13 through 15 failed to give each member the right to vote for or otherwise support the candidate or candidates of his or her choice in violation of 29 U.S.C. § 481(e) and 29 C.F.R. § 452.105.

23. The purported election referenced in paragraphs 13 through 15 was not preceded by notice mailed to each member at his or her last known home address at least 15 days in advance in violation of 29 U.S.C. § 481(e) and 29 C.F.R. § 452.99.

24. The purported election referenced in paragraphs 13 through 15 was in contravention of the remedy afforded by 29 U.S.C. § 482(c) for violations of 29 U.S.C. § 481(b), which remedy is an election supervised by the Department of Labor.

## V.

## **PRAYER FOR RELIEF**

WHEREFORE, Secretary Perez respectfully requests that the Court enter an order under 29 U.S.C. § 482(c):

    a. directing Local 1 to conduct an election for all its offices under the Department of Labor's supervision;

    b. awarding costs incurred in bringing this action; and

. . .

. . .

. . .

      c. granting such other relief as may be appropriate.

Respectfully submitted this 31st day of July, 2014.

>JOHN S. LEONARDO
>United States Attorney
>District of Arizona
>
>s/ Lon R. Leavitt
>_____
>LON R. LEAVITT
>Assistant United States Attorney
>
>*Attorney for Thomas E. Perez, Secretary of Labor, United States Department of Labor*

- 5 -