# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas E. Perez, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>Local 1, Independent Certified Emergency Professionals,<br><br>Defendant. | CV-14-01723-PHX-NVW<br><br>**DEFAULT JUDGMENT** |

This matter having come before the Court pursuant to the Motion for Default Judgment filed on November 14, 2014 (Doc. 36), and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion for Default Judgment is **granted**.

**IT IS FURTHER ORDERED** that default judgment be and hereby is entered against defendant Local 1, Independent Certified Emergency Professionals.

**IT IS FURTHER ORDERED** that the allegations of the Complaint are adopted as findings of fact, and the Court concludes as a matter of law that Plaintiff is entitled to the relief requested in the Complaint.

**IT IS FURTHER ORDERED** pursuant to 29 U.S.C. § 482(c) that defendant Local 1, Independent Certified Emergency Professionals, conduct an election for all its offices and that such election be conducted under the Department of Labor's supervision.