UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas E. Perez, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> Local 1, Independent Certified Emergency Professionals, <br><br> Defendant. | CV-14-01723-PHX-NVW <br><br> **DEFAULT JUDGMENT** |

This matter having come before the Court pursuant to the Motion for Default Judgment filed on November 14, 2014 (Doc. 37), and good cause appearing,

**IT IS HERBY ORDERED** granting Plaintiff's Motion for Default Judgment (Doc. 37).

**IT IS THEREFORE FURTHER ORDERED**, **ADJUDGED AND DECREED**, pursuant to 29 U.S.C. § 482(c), that Local 1, Independent Certified Emergency Professionals conduct an election for the offices of President, Vice–President/Business Manager, Secretary-Treasurer, and three Trustees. The Office of Labor-Management Standards ("OLMS") of the United States Department of Labor ("DOL") shall be responsible for ensuring that the election is conducted in accordance with Title IV of the Labor-Management Reporting and Disclosure Act of 1959 ("LMRDA"). The election shall be conducted in conjunction with the Union's constitution and bylaws insofar as it is

lawful and practicable to do so.

**IT IS FURTHER ORDERED** that the following DOL officials shall be responsible for supervising the election:

Phoenix Beausoleil, Election Supervisor
United States Department of Labor, OLMS
Los Angeles District Office
915 Wilshire Boulevard, Room 910
Los Angeles, CA 90017
Phone: (213) 534-6405 x 230
Fax: (213) 534-6413

Ed Oquendo, District Director
United States Department of Labor, OLMS
Los Angeles District Office
915 Wilshire Boulevard, Room 910
Los Angeles, CA 90017
Phone: (213) 534-6405 x 234

Pearl Moenahele, Supervisory Investigator
United States Department of Labor, OLMS
Honolulu Resident Office
300 Ala Moana Boulevard, Room 5-121
Honolulu, HI 96850
Phone: (808) 541-2705
Fax: (808) 541-2719

Thomas Hayes, Investigator
United States Department of Labor, OLMS
Phoenix Resident Office
Federal Building and Courthouse
North First Avenue, Room 501
Phoenix, AZ 85003
Phone: (602) 514-7105
Fax: (602) 514-7102

**IT IS FURTHER ORDERED** that the election shall be conducted in accordance with the following timeline:

On **December 16, 2014,** DOL shall conduct a pre-election conference to discuss with members of the Union and with officials of the Union the rules, procedures, and timetable governing the supervised election. In the event that any of the election dates

outlined below need to be adjusted as a result of information obtained at the pre-election conference, Plaintiff shall so notify the Court and shall seek appropriate relief. In the event any official of the Union fails to attend the pre-election conference or fails to participate or cooperate as outlined below, the DOL may proceed with the election unilaterally or may seek civil contempt sanctions in accordance with applicable laws.

The following topics shall be discussed at the pre-election conference:

- Offices to be elected (President, Vice President, Secretary-Treasurer, and three Trustees)
- Eligibility to run for office
- Term of office
- Type of election (polling place with absentee ballot procedures)
- Nomination notice
- Nomination procedures
- Candidates
- Election notice
- Membership list
- Campaigning (including distribution of campaign literature)
- Voter eligibility
- Ballot preparation
- Polling hours and polling sites
- Ballot Tally
- Tie vote procedures
- Protest procedures
- Installation of officers elected in the supervised election
- Certification to court of the supervised election results

On **December 23, 2014**, DOL shall mail the agreed-upon Election Rules to all interested parties and shall make them available to any member of the Union upon request.

1  From **January 5, 2015, through January 9, 2015**, DOL shall post and mail to all members of the Union a Nomination Notice setting forth all criteria for submitting nominations.

On **January 21, 2015**, DOL shall conduct a Nomination Meeting at a time and location to be determined by DOL.  Written nominations must be received by DOL, anyone employed by the nomination date may be nominated, and a written acceptance at the meeting or a written self-nomination will be considered as an acceptance by DOL.

On **February 9, 2015**, DOL shall inform candidates in writing of their eligibility to run for office and campaign rules.

On **February 10, 2015**, DOL shall mail an Election Notice to all members of the Union at their last known home address.

On **February 11, 2015**, DOL shall conduct a Candidate Meeting to advise candidates of the election rules, inspection of the membership list, campaign literature distribution, and observer rights.

From **February 10, 2015, through February 20, 2015**, members of the Union may request an absentee ballot from DOL.

On **March 4, 2015**, members' absentee ballots shall be due to DOL.

On **March 5, 2015**, DOL shall hold the election.  DOL shall retrieve absentee ballots and shall staff the polling sites.  Anyone employed by the Union on or before February 20, 2015, shall be eligible to vote.

On **March 16, 2015**, any election protest shall be due to DOL.

On **March 16, 2015**, DOL shall conduct the installation of officers for the Union.

On **April 16, 2015**, OLMS shall issue a determination certifying to the Court the election results.

Dated this 2nd day of December, 2014.

*Neil V. Wake*
Neil V. Wake
United States District Judge