IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas E. Perez, Secretary of Labor, United States Department of Labor,<br><br>              Plaintiff,<br>v.<br><br>Local 1, Independent Certified Emergency Professionals,<br><br>              Defendant. | CV-14-01723-PHX-NVW<br><br><br><br>CERTIFICATION OF ELECTION |

    The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Default Judgement dated December 2, 2014, in the United States District Court for the District of Arizona, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable, therefore:

    Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Greg Empey | President |
| Tony Lopez | Vice President/Business Manager |
| John Gary | Secretary-Treasurer |
| Derick Roda | Trustee |
| Matthew Sciascia | Trustee |
| Jason Smith | Trustee |

Attached herewith is a declaration setting forth one protest concerning violations which were alleged to have occurred in the conduct of the election and the findings of the investigation of this protest.

Signed this 13th day of April, 2015.

*Patricia Fox*
Patricia Fox, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor